UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

NASIR COOPER,

Defendant.

22 Cr. 294 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect as to Defendant Jerome Dimitriou:

- Trial will commence on **January 23, 2023, at 9:00 a.m.**;

- The parties' respective jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **December 15, 2022**;

- Any opposition papers to motions *in limine* will be due **December 22, 2022**; and

- The final pretrial conference will be scheduled for **January 11, 2023, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: September 22, 2022
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge