

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 3, 2022

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Nasir Cooper*, 22 Cr. 294 (KPF)

Dear Judge Failla:

The Government has been informed that defendant Nasir Cooper is prepared to plead guilty in the above-captioned case. From discussions with Chambers, the parties understand that December 6, 2022 at 3:30 p.m. is available on the Court's calendar. The parties respectfully request that the Court schedule a change-of-plea proceeding for that date and time.

Respectfully submitted.,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Elizabeth A. Espinosa
Assistant United States Attorneys
(212) 637-1042/-2216

cc:   Jeffrey Pittell, Esq.

Application GRANTED.  The parties are ORDERED to appear for a conference on **December 6, 2022,** at 3:30 p.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the motion at docket entry 14.

SO ORDERED.

Dated:      November 3, 2022
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE