

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 12, 2022

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Nasir Cooper*, 22 Cr. 294 (KPF)

Dear Judge Failla:

In light of the positive COVID-19 test that was reported to the Court earlier today, the parties respectfully request that the Court adjourn defendant Nasir Cooper's change of plea hearing from December 13, 2022 to December 21, 2022 at 11:30 a.m., which the parties understand is available on the Court's calendar. The parties also respectfully request that all pretrial filing deadlines be held in abeyance pending further order of the Court. The defense joins in these requests. The Court has previously excluded time under the Speedy Trial Act through January 23, 2023 (*see* 9/21/22 Minute Entry).

Respectfully submitted.,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Elizabeth A. Espinosa
Assistant United States Attorneys
(212) 637-1042/-2216

cc:   Jeffrey Pittell, Esq.

Application GRANTED. The Court is sorry to hear about the COVID-19 test result and wishes all parties good health and a speedy recovery. The conference scheduled for December 13, 2022 is hereby ADJOURNED to 11:30 a.m. on **December 21, 2022.** The pretrial filing deadlines defined in the Court's September 22, 2022 order (Dkt. #13) are hereby ADJOURNED pending further order of the Court. The January 11, 2023 pretrial conference date and January 23, 2023 trial date will remain on the calendar at this time.

The Clerk of Court is directed to terminate the motion at docket entry 20.

Dated:   December 12, 2022
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE