

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 23, 2022

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re: *United States v. Nasir Cooper*, 22 Cr. 294 (KPF)

Dear Judge Failla:

The Government writes on behalf of both parties to respectfully propose the following briefing schedule in connection with sentencing of defendant Nasir Cooper in the above-captioned case (all dates in 2023):

| | |
|---|---|
| February 21: | Defense Sentencing Guidelines brief due |
| March 7: | Government Sentencing Guidelines brief due |
| March 21 at 3:00 p.m.: | Oral argument regarding Sentencing Guidelines, if Court wishes to hear argument (with decision respectfully requested prior to defense sentencing submission deadline below) |
| April 19: | Defense sentencing submission due |
| April 26: | Government sentencing submission due |
| May 3 at 3:00 p.m.: | Sentencing |

We thank the Court for its consideration of this proposal.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jacob R. Fiddelman
Elizabeth A. Espinosa
Assistant United States Attorneys
(212) 637-1042/-2216

cc: Jeffrey Pittell, Esq.

Application GRANTED.  The Court adopts the briefing deadlines proposed above.

The Clerk of Court is directed to terminate the motion at docket entry 22.

Dated:    December 23, 2022          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE