# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York 11361**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**14 Bond St, Suite 389**  
**Great Neck, New York 11021**  
**Tel (516) 829-2299**  
*jp@jpittell.com*

April 17, 2023

Hon. Katherine Polk Failla
U.S. Courthouse
40 Foley Square
New York, NY 10007



Re:   *U.S. v. Cooper* 22 cr 294

Dear Judge Failla:

    I am counsel for Nasir Cooper, the defendant in the above referenced matter.

    Currently the matter is scheduled for sentencing on May 3, 2023.

    Please accept this letter in lieu of a formal motion requesting an adjournment of the sentence date. Principally, I make this request for the following reasons: 1) I am still awaiting character and background letters, to be submitted on behalf of Mr. Cooper, from his family and close friends; 2) I seek additional time to prepare the sentencing memorandum on behalf of Mr. Cooper; and, 3) I seek additional time to review the revised PSR which was recently issued and includes revisions as a a result of the Court's ruling on parties' Guideline Memoranda.

    Based upon the foregoing, I respectfully request the sentence date be adjourned to the week of June 12, 2023 (except for June 15th) subject to the Court and Government's availability.

    Prior to submission of this letter, I conferred with the Government and they do not object to this request.

    Respectfully submitted,
    /s/
    Jeffrey G. Pittell

cc:   AUSA Peter Davis, Jacob Fiddelman, Elizabeth Espinoza (by ECF)

Application GRANTED. Mr. Cooper's sentencing is hereby ADJOURNED to 2:30 p.m. on **June 16, 2023**. Mr. Cooper shall submit his sentencing submission on or before **June 2, 2023,** and the Government shall submit its response on or before **June 6, 2023**.

The Clerk of Court is directed to terminate the motion at docket entry 35.

Dated:   April 17, 2023           SO ORDERED.
         New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE