# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*  
**42-40 Bell Blvd, Suite 302**  
**Bayside, New York  11361**  
**Tel  (516) 829-2299**  
*jp@jpittell.com*

*Long Island Office*  
**14 Bond St,  Suite 389**  
**Great Neck, New York  11021**  
**Tel  (516) 829-2299**  
*jp@jpittell.com*

July 12, 2023

Hon. Katherine Polk Failla  
U.S. Courthouse  
40 Foley Square  
New York, NY 10007



Re:   *U.S. v. Cooper* 22 cr 294

Dear Judge Failla:

I am counsel for Nasir Cooper, the defendant in the above referenced matter.

Currently the matter is scheduled for sentencing on July 26, 2023.

The defense sentencing submission is due today, July 12, 2023.  Please accept this letter in lieu of a formal motion requesting leave to file the submission on Friday, July 14, 2023.  Principally, I make this request as I have a legal call with Mr. Cooper scheduled for July 14, 2023 and seek to confer with him before filing the submission.  If this request is granted, I respectfully request the date for the Government's submission be extended by two days.

Prior to submission of this letter, I conferred with the Government and they do not object to this request.

Respectfully submitted,  
/s/  
Jeffrey G. Pittell

cc:   AUSA Peter Davis

Application GRANTED.  Mr. Cooper shall file his sentencing submission on or before **July 14, 2023**.  The Government shall file its sentencing submission on or before **July 21, 2023**.

The Clerk of Court is directed to terminate the motion at docket entry 43.

Dated:    July 12, 2023          SO ORDERED.
          New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE